**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Celine Denise Von May**   JOINT DEBTOR: **Aleksander Von May**   CASE NO.: **16-23639-EPK**
Last Four Digits of SS# **xxx-xx-8772**   Last Four Digits of SS# **xxx-xx-3253**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A.   $ **275.00**   for months **1** to **10**   ;
- B.   $ **93.50**   for months **11** to **36**   ;
- C.   $ ___   for months ___ to ___   ; in order to pay the following creditors:

**ADMINISTRATIVE:**   LEGAL FEE  $3500
TOTAL PAID: 1000
BALANCE $2500 PAYABLE $250.00/Month (Months 1 to 10)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

Priority Creditors: [as defined in 11 U.S.C. §507]

Unsecured Creditors: Pay $ **85.00**/month (Months **11** to **36**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
SECURED CREDITOR  FREEDOM ROAD FINANCIAL : Account No. 20160501103934   (SURRENDERING)
SECURED CREDITOR BANK OF AMERICA : Account No. 630100349800080 to be Paid outside the Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Celine Denise Von May**           **/s/ Aleksander Von May**
**Celine Denise Von May**              **Aleksander Von May**
Debtor                                  Joint Debtor
Date:  **November  1, 2016**           Date:  **November  1, 2016**

LF-31 (rev. 01/08/10)