# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☑ **2nd** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Celine Denise Von May**      JOINT DEBTOR: **Aleksander Von May**      CASE NO.: **16-23639-EPK**

Last Four Digits of SS# **xxx-xx-8772**      Last Four Digits of SS# **xxx-xx-3253**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

| | | | | | |
|---|---|---|---|---|---|
| A. | $ | **275.00** | for months | **1** to **10** | ; |
| B. | $ | **482.79** | for months | **11** to **36** | ; |
| C. | $ | | for months | to | ; in order to pay the following creditors: |

ADMINISTRATIVE:  LEGAL FEE  $3500
                 TOTAL PAID: 1000
                 BALANCE $2500 PAYABLE $250.00/Month (Months 1 to 10)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

Priority Creditors: [as defined in 11 U.S.C. §507]

Unsecured Creditors:  Pay $ **438.90**/month (Months **11** to **36**).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

SECURED CREDITOR  FREEDOM ROAD FINANCIAL : Account No. 20160501103934   **(SURRENDERING)**

SECURED CREDITOR BANK OF AMERICA : Account No. 63010034980080 to be Paid outside the Plan.

Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Celine Denise Von May**          **/s/ Aleksander Von May**

**Celine Denise Von May**              **Aleksander Von May**

Debtor                                 Joint Debtor

Date:  **FEBRUARY 13, 2017**          Date:  **FEBRUARY 13, 2017**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy