**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ __3rd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Celine Denise Von May**   JOINT DEBTOR: **Aleksander Von May**   CASE NO.: **16-23639-EPK**
Last Four Digits of SS# **xxx-xx-8772**   Last Four Digits of SS# **xxx-xx-3253**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **275.00** for months **1** to **10** ;
B. $ **652.30** for months **11** to **36** ;
C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

ADMINISTRATIVE:  LEGAL FEE  $3500
                 TOTAL PAID: 1000
                 BALANCE $2500 PAYABLE $250.00/Month (Months 1 to 10)

Unsecured Creditors:  Pay $ **593.38**/month (Months **11** to **36**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
SECURED CREDITOR  FREEDOM ROAD FINANCIAL : Account No. 201605011039134  **(SURRENDERING)**
SECURED CREDITOR BANK OF AMERICA : Account No. 630100349800080 to be Paid outside the Plan.

Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Celine Denise Von May**                **/s/ Aleksander Von May**
**Celine Denise Von May**                    **Aleksander Von May**
Debtor                                        Joint Debtor
Date:  **March 13, 2017**                    Date:  **March  13, 2017**